STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-06-426

*PAF · YOR - 4/16/2010*

DANA J. WILLIS, TRUSTEE OF THE
DANA J. WILLIS TRUST,

Plaintiff

v.

**ORDER ON PENDING MOTIONS**

TOWN OF YORK,

Defendant

After a review of the written arguments, oral argument and based on *Fichter v.*
*Board of Environmental Protection*, 604 A.2d 433, 436-8 (Me. 1992), the Clerk shall make
the following entries:

> Plaintiff's motion *in limine* to exclude defendant's expert Nicholas Strater,
> and all expert testimony unrelated to obstruction to navigation is granted.

> Defendant's motion for summary judgment is granted in part. Judgment
> for the defendant on Count II of the complaint.

Dated:　　April 16, 2010

ATTORNEYS FOR PLAINTIFF:
GLENN ISRAEL, ESQ.
DAVID SOLEY, ESQ.
BERNSTEIN SHUR SAWYER & NELSON
PO BOX 9729
PORTLAND ME   04104-5029

Paul A. Fritzsche
Justice, Superior Court

ATTORNEY FOR DEFENDANT, TOWN OF YORK:
SUSAN B. DRISCOLL, ESQ.
BERGEN & PARKINSON
62 PORTLAND RD
KENNEBUNK ME   04043

ATTORNEY FOR DEFENDANT, STATE OF MAINE:
MARK RANDLETT, AAG
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA ME   04333-0006